United States District Court
Southern District of Texas
**ENTERED**
April 22, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Adava Chukwunonso Oniwon, | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | Civil Action H-19-3519 |
| | § | |
| United States Citizenship and | § | |
| Immigration Services, | § | |
|     Respondent. | § | |

## Order of Adoption

On April 6, 2020, Magistrate Judge Peter Bray filed a memorandum and recommendation (10) recommending that the court grant in part and deny in part United States Citizenship and Immigration Services' motion to dismiss. No objections were filed. The court adopts the memorandum and recommendation as its memorandum and opinion.

Signed April 22, 2020, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge